[No. 21401-0-III. Division Three. April 29, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. HELMUT UWE BORCHERT, *Appellant*.

Appeal from judgments of the Superior Court for Spokane County, No. 02-1-00712-1, Salvatore F. Cozza and Richard J. Schroeder, JJ., entered August 22 and September 16, 2002. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 21614-4-III. Division Three. April 29, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ALECIA DAWN PENADO, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 02-1-01295-2, James P. Hutton, J., entered November 8, 2002. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kato, C.J., and Sweeney, J.

[No. 21618-7-III. Division Three. April 29, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. LYLE FERDINAND HUMPHREY III, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 02-1-00180-1, Rebecca M. Baker, J., entered October 17, 2002. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis and Kurtz, JJ.

[No. 21865-1-III. Division Three. April 29, 2004.]

*In the Matter of the Marriage of* DOROTHY E. JAMESON, *Appellant*, and JESS A. JAMESON, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-3-00673-4, Neal Q. Rielly, J., entered January 27, 2003. *Reversed* by unpublished opinion per Kurtz, J., concurred in by Kato, C.J., and Schultheis, J.